# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-2081

Ross Fiorani v. Chrysler Group, et al

1-12-cv-00416

# O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/ petitioner failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  10/22/2012

cc: Ross A. Fiorani

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.