

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
<u>**Alexandria Division**</u>

ROSS A. FIORANI, *et al.*,           ]
                                      ]
              Plaintiff,              ]
      v.                              ]      Case No.:  <u>**1:13-cv-346**</u> (AJT/IDD)
                                      ]
CHRYSLER GROUP, LLC, *et al*,         ]
                                      ]
              Defendants,             ]

<u>**PLAINTIFF'S REPLY AND ANSWERS SHOWING CAUSES OR REASONS THIS COURT**</u>
<u>**MUST GRANT FORTHWITH, PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT.**</u>

Plaintiff Fiorani, *pro se,* files with this Court, pursuant to the Federal Rules of Civil

Procedure, Rules 55 (Default Judgment) and 64 (Seizure of Defendant's Assets), on these

grounds and for these reasons as sworn to or certified, stated and independently submitted

to this Court, (USDC-EDVA), and to the United States Bankruptcy Court for the Southern

District of New York, (USBC-SDNY, 09-50002-AJG/SMB), on February 5, 2013.

<u>**BACKGROUND AND RULES 4, 55, AND 64**</u>

In January 2013, pursuant to FTC's revelation and presentation of Fiorani's collected

evidence, documents and Fiorani gave on August 10, 2012, sworn telephonic testimony to

the FTC's Roundtable and to CFPB, DOJ, and SAGs' Consumer Protection Attorneys concern-

ing the 'Smoking Gun', (USBC, Exh. #9;  USDC-MDPA, 02/5/2012;  and 3CCA, 12-02081).

Each Court, Agency and State Attorney General, (hereafter, "SAG" or "SAG-MD" or "SAG-VA",

etc.), were given certifications that Chrysler-Dodge Corp. were timely served and mailed as

required by Federal Rule 4, within a day after the/that Court was sent and served by FedEx or UPS, a copy of the/that Complaint(s) as further Ordered and found within all Plaintiff's filed legal documents to those at least four (4) Districts and Appellate (Third) Circuit Court. Also see, (USBC-SDNY, Tr. Hrg. 2/05/13).

Accordingly, this Court's Order requiring Plaintiff to 'file with this Court proof of service(s) of the complaint(s) is appearing to continue what 'judicial corruption, biases, favoritism, and two judges' misconduct which was exposed' by Judges Ellis and Buchanan in 2010-2012. (3rd Cir. Rev'g. dism. and Rem., 12-02081). That Bankruptcy Court's Order sent to Fiorani to appear and testify in New York, Bankruptcy Court, Room 702 at 10 a.m. to provide evidence against debtors, defendants Chrysler-Dodge, on Fiorani's at least three-years of documents, notes, testimony, and other independently collected information sent to and provided to the Bankruptcy Court. Fiorani's 2011 exhibit, No. 9 is *prima facie* proof in support of Plaintiff's filed civil suits after learning from a Maryland dealer, Len Stoler Dodge's email sent to Fiorani, that Chrysler had ordered in 2009 many specific violations of Federal and State criminal codes, DMV, and banking violations under Federal Bankruptcy Code, Title 11 U.S.C. §§ 523 and 727, *inter alia*, criminal codes of the United States, 18 U.S.C. § 371, § 1961(a), §§ 1962(c), 1964(c), and § 1512, § 1513, (Coercing, Threatening, Intimidating or Retaliating against a Witness, Victim, or Informant).

Plaintiff had included illegal acts under the Sherman Antitrust Act, 15 U.S.C. § 1, and 15 U.S.C. 45(a), *Unfair Trade and Deceptive Business Practices Act*, *inter alia*, and the States' (Maryland and Virginia) DMV/MVA codes and criminal, banking, and consumer protection law violations are directly and indirectly relating to Plaintiff's sworn Affidavit for a Default

Judgment against Debtors/Defendants include their being also served, FedEx, copies of the

complaints under § 1915, granted by the Third Circuit in and after February 2010, in April

and October 2012, and again in January 2013.  See *In re.*, <u>Ionia Management, Co.,</u> citation

omitted (2nd Cir. 2009).

### PLAINTIFF'S MANY SERVICES OF PROCESS 4(c), (d), (f), (h) AND 5

"Unless federal law provides otherwise or the defendant's waived service, a
domestic . . . corporation, or a partnership . . . is subject to suit must be
served:
(1) in a judicial district of the United States: (A) in a manner prescribed by
Rule 4(e)(1) . . . or (h) for serving an individual;  or (B) by delivering a copy of
the . . . complaint to an officer;  a manager, general manager, agent, or any
other agent authorized by appointment to receive service of process– and the
Statute so requires— by mailing a copy . . . to the defendant;"

Rule 5(a)(1)(A) "an order stating that service is required;"
Rule 5(a)(2) **If a Party Fails to Appear.**  "No Service is required on a
party who is in default for failing to appear."  5(b)(1) **Serving an
Attorney.**  If a party is represented by an attorney, service under this Rule
musty be made on the attorney unless the Court orders service on the
'corporate' defendant."

Federal Rule 55(a) states, "When a party against whom a judgment for
affirmative relief is sought and he has failed to plead or otherwise appear to
defend, failure is shown by affidavit or otherwise. . ." Rule 55(b) ". . . [t]he
party must apply to the court for a default judgment.  To enter default
judgment and effectuate judgment against defendants, the Court needs to:
(A) Conduct an accounting; (B) Determine from the complaint the amount of
relief sought, damages; (C) Establish the truth of allegations by evidence; or
investigate any other matter, if necessary."

Plaintiff Fiorani is entitled to his default judgment against all defendants Chrysler,

Dodge and its nearly 100 dealers operating in 15 States, between February 2009 to August

2013.  Specifically, in October 2012 and January 2013, on court orders from the Third

Circuit and U. S. Bankruptcy Court, SDNY, each court sent a separate Order to Plaintiff

Fiorani directing him to send a certified copy of [his] appeal of the U.S. District Court, MDPA, to Chrysler-Dodge (defendants), by the Third Circuit. Those copies of the Appeal were sent, certified, at the same time the appeal was sent, FedEx, to the Third Circuit.

Subsequently, in early January 2013, an Order was sent certified, FedEx, from the U.S. Bankruptcy Court Judge ordering Fiorani to appear before him in Room 702, at 10:00 a.m., on February 5, 2013. See (Pltf. Exh. #9; Hrg. Tr. 2/5/13, USBC-SDNY). In that hearing transcript, you will read that both attorneys for Chrysler Group LLC and Old Carco, LLC, were given notices of the prior two (2) CIVIL SUITS that were filed in the USDC-MDPA, (Harrisburg). Moreover, two copies of each suit was [SERVED] by FedEx to defendants' (debtors') lead attorney, as allowed under Fed.R.Civ.P. Rule 5(b)(1), complying with Rule 55(a) and (b), on Plaintiff's entitled, certified affidavit, that more than enough notices by services of process to and on defendants, [debtors] over three years, (2010-2013).

Fiorani's certified, sworn affidavits, testimony, and derived from the February 5, 2013, Bankruptcy Court hearing exposes this Court's corrupted, bribed, and totally tainted district judge Ellis' 2010 constitutional rights violations against me and it was contrary to the Third Circuit's October 2010 order Granting IFP and ordering the Middle District of Pennsylvania court to serve pursuant to Title 28 U.S.C. § 1915(d), by U.S. Marshal, Rule

Pursuant to the Federal Rules of Civil Procedure Rule 4(c)(3), Fiorani's Court filed complaints were lawfully served by U.S. Marshal, as was Ordered by the United States Court of Appeals for the Third Circuit, (Rule 5(a)(1), (b)(1), (2)) because of the corrupted district judges, Ellis and Buchanan, adverse to, contrary, and totally opposite of Judge Ellis' engaged in criminal activities and judicial misconduct that was presented to the Third Circuit, which

ordered services of process be done on Defendants, (Debtors), in October 2010.

Corrupted judge Ellis unconstitutionally violated or intentionally failed and refused to comply with a Third Circuit Order in August 2010, ordering the district court conduct in Fiorani's case, service of process under 28 U.S.C. § 1915, (USDC-MDPA, 10-0880, JJ/MM). Indeed, Judge Ellis intentionally violated Fiorani's 14th Amendment Due Process and Equal Protection of Laws shown to be violated by J. Ellis' decades of various forms of corruption, bribery, favoritism, bias and misconduct, outlined by the U.S. Supreme Court's holding, *in re*, Massey, (citation omitted, 2009), which strongly appears to be mirroring the committed corruption of Judge T.S. Ellis, III. These facts have been recorded in and after January 1999, 2010, 2012, and 2013, concerning Ellis' continued intentions to abuse his position while also further violating a Plaintiff pro se's filed civil complaint that is protected and entitled to be timely adjudicated by an impartial court under the 14th Amendment's Due Process and Equal Protection of the Laws. Fiorani's filed with this Court, his default judgment under Rule 55(a) and (b), on his sworn Affidavit, entertained by the Second and Third Circuits' which this district court has continued to allow judicial misconduct by Judge Ellis' ongoing bribery, biases, and corrupted practices exposed in 1999, and subsequently after 2010 to this present date of Fiorani's Affidavit for default judgments against Chrysler and its nearly 100 Dodge dealers in the amount of $ 1.67 Million Dollars pursuant to Rule 55(b).

With these points shown and proven by other independent District and Appellate Court's rulings and Orders on Plaintiff's nearly 10-filed and served on GRANTED IFPs to 28 U.S.C. § 1915 demands this Court issue Fiorani's Rule 55(b). The Ninth Circuit reversed and remanded in 2005, "([a] District Court Judge cannot instruct a pro-se Plaintiff to serve his own summons and complaint, under § 1915(d), then dismiss plaintiff's complaint because the clerk fails to comply with provisions of §

1915(d) ordering that Plaintiff had violated Rule 4(m).") ("that a pro-se Plaintiff can't be held accountable whenever a court's clerks fail to or ignore, and misinterpret the reading of § 1915, that requires a Court to have a Marshal serve those defendants under Rule 4(c)(3), in accordance with 28 U.S.C. § 1915.") Fiorani v. Lowry, citation omitted, (9th Cir. 2005).

## CONCLUSION

Plaintiff Fiorani has fully complied with all parts, provisions, or sections of the

Federal Rules of Civil Procedure Rule 4 and 5, and other Circuit Courts have been aware of

Plaintiff Fiorani's many civil services of process on defendants, (Debtors), Chrysler Group

and Old Carco, LLC., from in February 2010 to April 2012, and thereafter on Chrysler's main

attorneys, Ms. Carol Ball, Esq..

Wherefore, "[a] party seeking default must show by affidavit that the parties,

(defendants) whom default is to be entered has failed to answer, appear, or otherwise

failed to defend." Denial of judgment is reviewable for abuses of power, discretion.


Ross A. Fiorani,
Plaintiffs, *Et al.*,
7115 Latour Court
Kingstowne, VA 22315
(703) 719-0272
(703) 822-1879 VITA phone.
valegal53@gmail.com

## CERTIFICATE OF SERVICE

I certify that I, Ross Fiorani, have mailed to defendants' (debtors') main counsel, Ms. Carol Ball, Esq., Jones Day, to their New York office and copies to the Clerks of the United States Second and Third Circuits, a certified copy of this district court's Order, postage pre-paid, or by FedEx to defendants' respective office on this 6th day of January, 2014.

Page 6 of 7

Ross A. Fiorani,
Plaintiffs, *Et al.*,
7115 Latour Court
Kingstowne, VA 22315
(703) 719-0272
(703) 822-1879 VITA phone.
valegal53@gmail.com

## Shipment Details

**MMY9W9H3VBEDR**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

**Sender**

Rosario A Fiorani
7115 Latour Ct
Kingstowne, VA 22315
Tel: (703) 975-7666
Business

**Recipient**

United States Court of Appeals
21400 United States Courthouse
601 MARKET ST
Marcia Waldren
PHILADELPHIA, PA 19106-1737
Business

**Shipping Information**

| | |
|---|---|
| Ship Date: | Wed 24 Oct 2012 |
| Delivery Date: | Thu 25 Oct 2012 10:30AM (Expected) |
| Service / Zone: | UPS Next Day Com / 102 |
| Package Info: | Other Packaging: 13 x 13 x 3 |
| | 5.000 lbs Actual |
| | 5.00 lbs Billed |
| | Customer Packed: 1 |

Description:    --

**Shipment Service Options**

E-mail Shipment Notification

**Billing**

Company Account(Prepaid)

**Drop-Off Location**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315 US

**Shipment Charges**

| | |
|---|---|
| UPS Next Day Com | 30.20 |
| E-mail Shipment Notification | .00 |
| Fuel Surcharge | 4.08 |
| **Shipping Charges:** | $ 34.28 |
| CMS Processing Fee | .20 |
| **Total Charges:** | $ 34.48 |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Thu 25 Oct 2012 10:30AM (Expected) |
| Carrier Trk#: | 1Z8X348X0101830989 |
| Shipment ID: | MMY9W9H3VBEDR |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available



Tracking No:    1Z8X348X0101830989

Shipment ID:    MMY9W9H3VBEDR

iShip   Version 13.0.13101.0 (04) Printed 1/7/2014 4:20:36 PM UTC

## Shipment Details

**MMY9W9H90X3DN**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 975-7666<br>Business | United States Court of Appeals<br>21400 United States Courthouse<br>601 MARKET ST<br>LBBY<br>PHILADELPHIA, PA 19106-1737<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Mon 1 Oct 2012<br>Wed 03 Oct 2012 EOD (Expected)<br>UPS 2nd Day Com / 202<br>Other Packaging: 13 x 13 x 3<br>4.920 lbs Actual<br>5.00 lbs Billed<br>Customer Packed: 1 |

Description: --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS 2nd Day Com | 15.80 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | 2.13 |
| | | | **Shipping Charges:** | **$ 17.93** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 18.13** |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Wed 03 Oct 2012 EOD (Expected) |
| Carrier Trk#: | 1Z8X348X0200947747 |
| Shipment ID: | MMY9W9H90X3DN |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available

Tracking No: 1Z8X348X0200947747

Shipment ID: MMY9W9H90X3DN

## Shipment Details

**MMY9W9H9Q89FK**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 810819 |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

### Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 975-7666<br>Business | Chrysler Corp<br>Dodge Corps<br>1000 CHRYSLER DR<br>AUBURN HILLS, MI 48326-2778<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Mon 1 Oct 2012<br>Wed 03 Oct 2012 EOD (Expected)<br>USPS Priority Mail / 4<br>Carrier Letter<br>1.120 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |

Description:  --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification<br>Delivery Confirmation | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | USPS Priority Mail | 8.58 |
| | | | E-mail Shipment Notification | .00 |
| | | | Delivery Confirmation | 1.25 |
| | | | **Shipping Charges:** | **$ 9.83** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 10.03** |

### Shipment Tracking and Reference Information

#### Tracking Information

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Wed 03 Oct 2012 EOD (Expected) |
| Carrier Trk#: | 9405510200828504671887 |
| Shipment ID: | MMY9W9H9Q89FK |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

#### Last Scan

No Scan Information Available



Tracking No:   9405510200828504671887



Shipment ID:   MMY9W9H9Q89FK

## Shipment Details

**MMY9W9H0U8ESP**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 822-1879<br>Business | US District Court<br>Southern District of New York<br>1 BOWLING GRN<br>NEW YORK, NY 10004-1415<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Mon 21 Oct 2013<br>Tue 22 Oct 2013 10:30AM (Expected)<br>UPS Next Day Com / 103<br>Carrier Letter<br>0.200 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |
| | | Description: | -- |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS Next Day Com | 25.50 |
| | | | Fuel Surcharge | 2.81 |
| | | | **Shipping Charges:** | **$ 28.31** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 28.51** |

## Shipment Tracking and Reference Information

| Tracking Information | | Last Scan |
|---|---|---|
| Status: | DELIVERED | 10/22/2013 10:26:00 NEW YORK NY US |
| Delivery Date: | Tue Oct 22 2013 10:26AM (Actual) | |
| Carrier Trk#: | 1Z8X348X0147770824 | |
| Shipment ID: | MMY9W9H0U8ESP | |
| Location: | FRONT DESK | |
| Signed By: | PORTEL | |
| Ref 1: | | |
| Ref 2: | | |



Tracking No:   1Z8X348X0147770824



Shipment ID:   MMY9W9H0U8ESP

Order/Item #
Ref#

Ship   Version 13.0.13101.0 (07) Printed 1/7/2014 4:17:35 PM UTC

## Shipment Details

**MMY9W9HARCFKD**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA  22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

### Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani | United States Courthouse | Ship Date: | Wed 5 Jun 2013 |
| 7115 Latour Ct | Second Circuit | Delivery Date: | Fri 07 Jun 2013 EOD (Expected) |
| Kingstowne, VA 22315 | 40 FOLEY SQ | Service / Zone: | UPS Ground Com / 3 |
| Tel: (703) 822-1879 | NEW YORK, NY 10007-1502 | Package Info: | Other Packaging: 16 x 10 x 1 |
| Business | Business | | 0.300 lbs Actual ManWt |
| | | | 1.00 lbs Billed |
| | | | Customer Packed: 1 |

Description:  --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532 | UPS Ground Com | 8.50 |
| | | 5810 Kingstowne Center Drive | E-mail Shipment Notification | .00 |
| | | #120 | Fuel Surcharge | .64 |
| | | Alexandria, VA 22315 US | **Shipping Charges:** | **$ 9.14** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 9.34** |

### Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Fri 07 Jun 2013 EOD (Expected) |
| Carrier Trk#: | 1Z8X348X0363541592 |
| Shipment ID: | MMY9W9HARCFKD |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available

Tracking No:   1Z8X348X0363541592

Shipment ID:   MMY9W9HARCFKD

## Shipment Details

**MMY9W9H5RATRT**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani | US Bankruptcy Court | Ship Date: | Wed 22 May 2013 |
| 7115 Latour Ct | Southern District of New York | Delivery Date: | Fri 24 May 2013 EOD (Expected) |
| Kingstowne, VA 22315 | 1 BOWLING GRN | Service / Zone: | UPS 2nd Day Com / 203 |
| Tel: (703) 822-1879 | NEW YORK, NY 10004-1415 | Package Info: | Carrier Letter |
| Business | Business | | 0.140 lbs Actual |
| | | | LTR Wt Billed |
| | | | Customer Packed: 1 |

| | | Description: | -- |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532 | UPS 2nd Day Com | 15.00 |
| | | 5810 Kingstowne Center Drive | E-mail Shipment Notification | .00 |
| | | #120 | Fuel Surcharge | 1.65 |
| | | Alexandria, VA 22315 US | **Shipping Charges:** | **$ 16.65** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 16.85** |

## Shipment Tracking and Reference Information

### Tracking Information

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Fri 24 May 2013 EOD (Expected) |
| Carrier Trk#: | 1Z8X348X0230049223 |
| Shipment ID: | MMY9W9H5RATRT |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

### Last Scan

No Scan Information Available

Tracking No: 1Z8X348X0230049223

Shipment ID: MMY9W9H5RATRT

## Shipment Details

MMY9W9HZ2PZ4N

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 822-1879<br>Business | United States Courthouse<br>Second Circuit<br>40 FOLEY SQ<br>NEW YORK, NY 10007-1502<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Mon 13 May 2013<br>Wed 15 May 2013 10:30AM (Expected)<br>UPS 2nd Day AM / 243<br>Carrier Letter<br>0.340 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |

Description: --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS 2nd Day AM | 16.85 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | 1.85 |
| | | | **Shipping Charges:** | **$ 18.70** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 18.90** |

## Shipment Tracking and Reference Information

| Tracking Information | | Last Scan |
|---|---|---|
| Status: | MANIFESTED | No Scan Information Available |
| Delivery Date: | Wed 15 May 2013 10:30AM (Expected) | |
| Carrier Trk#: | 1Z8X348X0763290258 | |
| Shipment ID: | MMY9W9HZ2PZ4N | |
| Location: | | |
| Signed By: | | |
| Ref 1: | | |
| Ref 2: | | |



Tracking No: 1Z8X348X0763290258

Order/Item #
Ref#

Shipment ID: MMY9W9HZ2PZ4N



## Shipment Details

**MMY9W9HX6X70B**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 822-1879<br>Business | US Bankruptcy Court<br>Southern District of New York<br>1 BOWLING GRN<br>NEW YORK, NY 10004-1415<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Thu 9 May 2013<br>Mon 13 May 2013 EOD (Expected)<br>UPS 2nd Day Com / 203<br>Carrier Letter<br>0.480 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |

Description:        --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS 2nd Day Com | 15.00 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | 1.65 |
| | | | **Shipping Charges:** | **$ 16.65** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 16.85** |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Mon 13 May 2013 EOD (Expected) |
| Carrier Trk#: | 1Z8X348X0229915745 |
| Shipment ID: | MMY9W9HX6X70B |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available



Tracking No:    1Z8X348X0229915745



Shipment ID:    MMY9W9HX6X70B

iShip   Version 13.0.13101.0 (07) Printed 1/7/2014 4:18:57 PM UTC

## Shipment Details

**MMY9W9HQU767F**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani | US Bankruptcy Court | Ship Date: | Wed 10 Apr 2013 |
| 7115 Latour Ct | Southern District of New York | Delivery Date: | Fri 12 Apr 2013 10:30AM (Expected) |
| Kingstowne, VA 22315 | 1 BOWLING GRN | Service / Zone: | UPS 2nd Day AM / 243 |
| Tel: (703) 975-7666 | NEW YORK, NY 10004-1415 | Package Info: | Carrier Letter |
| Business | Business | | 0.200 lbs Actual ManWt |
| | | | LTR Wt Billed |
| | | | Customer Packed: 1 |

Description: --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532 | UPS 2nd Day AM | 16.85 |
| | | 5810 Kingstowne Center Drive | E-mail Shipment Notification | .00 |
| | | #120 | Fuel Surcharge | 2.02 |
| | | Alexandria, VA 22315 US | **Shipping Charges:** | **$ 18.87** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 19.07** |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Fri 12 Apr 2013 10:30AM (Expected) |
| Carrier Trk#: | 1Z8X348X0724599267 |
| Shipment ID: | MMY9W9HQU767F |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available



Tracking No:  1Z8X348X0724599267



Shipment ID:  MMY9W9HQU767F

iShip   Version 13.0.13101.0 (06) Printed 1/7/2014 4:19:04 PM UTC

## Shipment Details

**MMY9W9H3CMSK8**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani | US Bankruptcy Court | Ship Date: | Thu 31 Jan 2013 |
| 7115 Latour Ct | Southern District of New York | Delivery Date: | Fri 01 Feb 2013 10:30AM (Expected) |
| Kingstowne, VA 22315 | 1 BOWLING GRN | Service / Zone: | UPS Next Day Com / 103 |
| Tel: (703) 975-7666 | NEW YORK, NY 10004-1415 | Package Info: | Carrier Letter |
| Business | Business | | 0.200 lbs Actual |
| | | | LTR Wt Billed |
| | | | Customer Packed: 1 |

Description: --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532 | UPS Next Day Com | 25.50 |
| | | 5810 Kingstowne Center Drive | E-mail Shipment Notification | .00 |
| | | #120 | Fuel Surcharge | 2.81 |
| | | Alexandria, VA 22315 US | **Shipping Charges:** | **$ 28.31** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 28.51** |

## Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Fri 01 Feb 2013 10:30AM (Expected) |
| Carrier Trk#: | 1Z8X348X0112340407 |
| Shipment ID: | MMY9W9H3CMSK8 |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available



Tracking No: 1Z8X348X0112340407



Shipment ID: MMY9W9H3CMSK8

## Shipment Details

**MMY9W9HNYKVG0**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

### Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 975-7666<br>Business | US Bankruptcy Court<br>Southern District of New York<br>1 BOWLING GRN<br>NEW YORK, NY 10004-1415<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Mon 28 Jan 2013<br>Wed 30 Jan 2013 EOD (Expected)<br>UPS 2nd Day Com / 203<br>Carrier Letter<br>0.180 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |

Description:  --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS 2nd Day Com | 15.00 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | 1.65 |
| | | | **Shipping Charges:** | $ 16.65 |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | $ 16.85 |

### Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Wed 30 Jan 2013 EOD (Expected) |
| Carrier Trk#: | 1Z8X348X0215220164 |
| Shipment ID: | MMY9W9HNYKVG0 |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available



Tracking No:    1Z8X348X0215220164



Shipment ID:    MMY9W9HNYKVG0

## Shipment Details

**MMY9W9HMAWPWQ**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA  22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

### Sender
Rosario A Fiorani
7115 Latour Ct
Kingstowne, VA 22315
Tel: (703) 975-7666
Business

### Recipient
Jones Day
222 E 41ST ST
NEW YORK, NY 10017-6739
Tel: (212) 326-3939
Business

### Shipping Information
| | |
|---|---|
| Ship Date: | Mon 28 Jan 2013 |
| Delivery Date: | Wed 30 Jan 2013 EOD (Expected) |
| Service / Zone: | UPS 2nd Day Com / 203 |
| Package Info: | Carrier Letter |
| | 0.100 lbs Actual ManWt |
| | LTR Wt Billed |
| | Customer Packed: 1 |

Description:    --

### Shipment Service Options
E-mail Shipment Notification

### Billing
Company Account(Prepaid)

### Drop-Off Location
THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315 US

### Shipment Charges
| | |
|---|---|
| UPS 2nd Day Com | 15.00 |
| E-mail Shipment Notification | .00 |
| Fuel Surcharge | 1.65 |
| **Shipping Charges:** | **$ 16.65** |
| CMS Processing Fee | .20 |
| **Total Charges:** | **$ 16.85** |

## Shipment Tracking and Reference Information

### Tracking Information
| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Wed 30 Jan 2013 EOD (Expected) |
| Carrier Trk#: | 1Z8X348X0215218748 |
| Shipment ID: | MMY9W9HMAWPWQ |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

### Last Scan
No Scan Information Available

Tracking No:    1Z8X348X0215218748

Shipment ID:    MMY9W9HMAWPWQ

iShip    Version  13.0.13101.0 (06) Printed 1/7/2014 4:19:28 PM UTC

## Shipment Details

**MMY9W9H0UKKDE**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

---

### Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 975-7666<br>Business | Jones Day<br>222 E 41ST ST<br>NEW YORK, NY 10017-6739<br>Tel: (212) 326-3939<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Fri 25 Jan 2013<br>Tue 29 Jan 2013 EOD (Expected)<br>UPS Ground Com / 3<br>Other Packaging: 12 x 9 x 1<br>0.560 lbs Actual<br>1.00 lbs Billed<br>Customer Packed: 1 |

Description: --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS Ground Com | 8.50 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | .64 |
| | | | **Shipping Charges:** | **$ 9.14** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 9.34** |

---

### Shipment Tracking and Reference Information

**Tracking Information**

| | |
|---|---|
| Status: | MANIFESTED |
| Delivery Date: | Tue 29 Jan 2013 EOD (Expected) |
| Carrier Trk#: | 1Z8X348X0315171886 |
| Shipment ID: | MMY9W9H0UKKDE |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Order/Item #
Ref#

**Last Scan**

No Scan Information Available



Tracking No: 1Z8X348X0315171886

Shipment ID: MMY9W9H0UKKDE

---

## Shipment Details

**MMY9W9H8432FV**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA  22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

### Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 975-7666<br>Business | United States Court of Appeals<br>21400 United States Courthouse<br>601 MARKET ST<br>Marcia Waldren<br>PHILADELPHIA, PA 19106-1737<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Fri 25 Jan 2013<br>Mon 28 Jan 2013 10:30AM (Expected)<br>UPS Next Day Com / 102<br>Carrier Letter<br>0.200 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |
| | | Description: | -- |

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS Next Day Com | 21.40 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | 2.35 |
| | | | **Shipping Charges:** | **$ 23.75** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 23.95** |

### Shipment Tracking and Reference Information

| Tracking Information | Last Scan |
|---|---|
| Status: MANIFESTED | No Scan Information Available |
| Delivery Date: Mon 28 Jan 2013 10:30AM (Expected) | |
| Carrier Trk#: 1Z8X348X0114958881 | |
| Shipment ID: MMY9W9H8432FV | |
| Location: | |
| Signed By: | |
| Ref 1: | |
| Ref 2: | |

Tracking No:   1Z8X348X0114958881

Shipment ID:   MMY9W9H8432FV

Order/Item #
Ref#

iShip    Version 13.0.13101.0 (0B) Printed 1/7/2014 4:19:59 PM UTC

## Shipment Details

**MMY9W9H3VBEDR**

THE UPS STORE #3532
5810 Kingstowne Center Drive
#120
Alexandria, VA 22315
(703) 924-4201

| | |
|---|---|
| Print Date: | Tue 7 Jan 2014 |
| Shipper No.: | 8X348X |
| Rate Type: | Retail |
| Currency: | USD |
| Weight: | lbs |
| Dimensions: | in |

## Shipment Information

| Sender | Recipient | Shipping Information | |
|---|---|---|---|
| Rosario A Fiorani<br>7115 Latour Ct<br>Kingstowne, VA 22315<br>Tel: (703) 975-7666<br>Business | United States Court of Appeals<br>21400 United States Courthouse<br>601 MARKET ST<br>Marcia Waldren<br>PHILADELPHIA, PA 19106-1737<br>Business | Ship Date:<br>Delivery Date:<br>Service / Zone:<br>Package Info: | Wed 24 Oct 2012<br>Thu 25 Oct 2012 10:30AM (Expected)<br>UPS Next Day Com / 102<br>Other Packaging: 13 x 13 x 3<br>5.000 lbs Actual<br>5.00 lbs Billed<br>Customer Packed: 1 |

Description:  --

| Shipment Service Options | Billing | Drop-Off Location | Shipment Charges | |
|---|---|---|---|---|
| E-mail Shipment Notification | Company Account(Prepaid) | THE UPS STORE #3532<br>5810 Kingstowne Center Drive<br>#120<br>Alexandria, VA 22315 US | UPS Next Day Com | 30.20 |
| | | | E-mail Shipment Notification | .00 |
| | | | Fuel Surcharge | 4.08 |
| | | | **Shipping Charges:** | **$ 34.28** |
| | | | CMS Processing Fee | .20 |
| | | | **Total Charges:** | **$ 34.48** |

## Shipment Tracking and Reference Information

| Tracking Information | | Last Scan |
|---|---|---|
| Status: | MANIFESTED | No Scan Information Available |
| Delivery Date: | Thu 25 Oct 2012 10:30AM (Expected) | |
| Carrier Trk#: | 1Z8X348X0101830989 | |
| Shipment ID: | MMY9W9H3VBEDR | |
| Location: | | |
| Signed By: | | |
| Ref 1: | | |
| Ref 2: | | |



Tracking No:   1Z8X348X0101830989



Shipment ID:   MMY9W9H3VBEDR

Order/Item #
Ref#

