**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Ross A. Fiorani, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 1:13cv346 |
| | ) |
| | ) |
| Chrysler Group, LLC et al. | ) |
| | ) |
|     Defendants. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 1/30/2014 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants Chrysler Group, LLC, Dodge Corp., TD Financial Group, LLC and Ally Financial Services and against the Plaintiff Ross A. Fiorani.

                                                          FERNANDO GALINDO, CLERK OF COURT

                                                          By: _____/s/_____
                                                              Kathy Lau
                                                              Deputy Clerk

Dated: 1/30/2014
Alexandria, Virginia